FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br> Jose De Jesus Cocina Jaramillo<br><br>  Defendant. | CASE NO. CR 12-169 RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143 (a)] |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CDCA__ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on __prior detention order__ __crim history__ __no bail resources__

1
2
3
4        and/or

5   B.   (X)  The defendant has not met his/her burden of establishing by clear and
6        convincing evidence that he/she is not likely to pose a danger to the safety of
7        any other person or the community if released under 18 U.S.C. § 3142(b) or
8        (c).  This finding is based on _____
9        ___Prior Crim History_____
10       ___Allegations in Petition_____
11
12
13
14       IT IS THEREFORE ORDERED that the defendant be detained pending
15       further revocation proceedings.
16
17
18   Dated:  5/30/14
19
20
21
22                                   MICHAEL R. WILNER
                                     UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28